```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 02135
   ADAM J GODINEZ
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1403

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 01/31/2008 and was confirmed 04/30/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO BANK            NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE                 UNSECURED        1077.55            .00            .00
CAPITAL ONE                 UNSECURED        1207.56            .00            .00
ASSET ACCEPTANCE LLC        UNSECURED         267.19            .00            .00
WELLS FARGO                 CURRENT MORTG    5406.47            .00        5406.47
WELLS FARGO                 MORTGAGE ARRE        .00            .00            .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         828.00            .00            .00
FIRST FINANCIAL BANK        UNSECURED        1173.04            .00            .00
APPLIED CARD BANK           UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP       UNSECURED        9587.32            .00            .00
HOUSEHOLD FINANCE CORPOR    FILED LATE           .00            .00            .00
ROUNDUP FUNDING LLC         UNSECURED         408.98            .00            .00
WELLS FARGO BANK            NOTICE ONLY    NOT FILED            .00            .00
BENEFICIAL/HOUSEHOLD FIN    NOTICE ONLY    NOT FILED            .00            .00
VILLAGE OF MELROSE PARK     UNSECURED      NOT FILED            .00            .00
VILLAGE OF MELROSE PARK     UNSECURED      NOT FILED            .00            .00
VILLAGE OF MELROSE PARK     UNSECURED      NOT FILED            .00            .00
VILLAGE OF MELROSE PARK     UNSECURED      NOT FILED            .00            .00
VILLAGE OF MELROSE PARK     UNSECURED      NOT FILED            .00            .00
VILLAGE OF MELROSE PARK     UNSECURED      NOT FILED            .00            .00
VILLAGE OF MELROSE PARK     UNSECURED      NOT FILED            .00            .00
AT & T                      UNSECURED      NOT FILED            .00            .00
WF FINANCE                  UNSECURED      NOT FILED            .00            .00
LVNV FUNDING LLC            SECURED         7000.00             .00         430.00
LVNV FUNDING LLC            UNSECURED       5273.98             .00            .00
BENEFICIAL                  SECURED NOT I  10528.38             .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        879.29             .00            .00
JOSEPH P DOYLE              DEBTOR ATTY    2,814.00                            .00
TOM VAUGHN                  TRUSTEE                                         507.53
DEBTOR REFUND               REFUND                                             .00

        Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 02135 ADAM J GODINEZ
```

```
--------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      6,344.00

PRIORITY                                                     .00
SECURED                                                 5,836.47
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                      507.53
DEBTOR REFUND                                                .00
                           ---------------      ---------------
TOTALS                        6,344.00               6,344.00
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 11/19/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE

                          PAGE   2
            CASE NO. 08 B 02135 ADAM J GODINEZ